IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Munyon, Mark L | Case Number: 05 B 21131 |
| | Judge: Squires, John H |
| Printed: 01/22/09 | Filed: 5/26/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 10, 2008
Confirmed: July 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 86,756.79 | |
| Secured: | | 80,159.99 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 4,596.80 |
| Other Funds: | | 0.00 |
| Totals: | 86,756.79 | 86,756.79 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | Village of Maywood | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 4. | Mortgage Clearing Corp | Secured | 0.00 | 0.00 |
| 5. | Mortgage Clearing Corp | Secured | 56,700.00 | 54,171.27 |
| 6. | Triad Financial Services | Secured | 12,660.29 | 9,408.33 |
| 7. | Mortgage Clearing Corp | Secured | 21,637.27 | 16,580.39 |
| 8. | Nicor Gas | Unsecured | 43.63 | 0.00 |
| 9. | ASTA Funding Acquisition I | Unsecured | 163.01 | 0.00 |
| 10. | General Motors Acceptance Corp | Unsecured | 965.93 | 0.00 |
| 11. | Gottlieb Memorial Hospital | Unsecured | 52.08 | 0.00 |
| 12. | David L Pinsel PC | Unsecured | 134.25 | 0.00 |
| 13. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 14. | Acar Premium Finance Co | Unsecured | | No Claim Filed |
| 15. | Attention LLC SHR | Unsecured | | No Claim Filed |
| 16. | Bank One | Unsecured | | No Claim Filed |
| 17. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 18. | Northshore University HealthSystem | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Lisa Yeh MD | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Jerome Damasco LCSW | Unsecured | | No Claim Filed |
| 23. | American General Finance | Unsecured | | No Claim Filed |
| 24. | Revenue Management | Unsecured | | No Claim Filed |
| 25. | PBA | Unsecured | | No Claim Filed |
| 26. | Rainbow Pediatrics | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Munyon, Mark L | Case Number: 05 B 21131 |
| --- | --- | --- |
|  |  | Judge: Squires, John H |
|  | Printed: 01/22/09 | Filed: 5/26/05 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | Sprint PCS | Unsecured |  | No Claim Filed |
| 28. | Powers & Moon LLC | Unsecured |  | No Claim Filed |
| 29. | Oak Brook Dental Association | Unsecured |  | No Claim Filed |
| 30. | North American Hunting Club | Unsecured |  | No Claim Filed |
| 31. | Dental Store | Unsecured |  | No Claim Filed |
| 32. | Ultra Care | Unsecured |  | No Claim Filed |
| 33. | Trinity Orthopedics | Unsecured |  | No Claim Filed |
|  |  |  | $ 94,356.46 | $ 82,159.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 3% | 135.62 |
| 5.5% | 1,292.86 |
| 5% | 352.79 |
| 4.8% | 677.33 |
| 5.4% | 1,494.67 |
| 6.5% | 571.89 |
| 6.6% | 71.64 |
|  | $ 4,596.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

